IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MONICA ANDERSON, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) CIV. ACT. NO. 1:23-cv-97-TFM-MU |
| MOBILE INFIRMARY ASSOCIATION | ) ) ) |
| Defendant. | ) |

**MEMORANDUM OPINION AND ORDER**

On November 17, 2023, the Magistrate Judge entered a Report and Recommendation which recommends that Defendant's motion to dismiss (Doc. 7) be granted and the complaint be dismissed without prejudice with leave to file an amended complaint. *See* Doc. 9. No objections were filed.

Therefore, after due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of this Court. Accordingly, the Defendant's motion to dismiss (Doc. 7) is **GRANTED** and this action is set to be **DISMISSED without prejudice** as a shotgun complaint. However, that dismissal will be held in abeyance pending the deadline to file an amended complaint. Plaintiff's amended complaint shall be due on or before **January 19, 2024**.[1] If no Amended Complaint is filed, then this Court will enter a final judgment

---

[1] While the Report and Recommendation noted fourteen (14) days from the date of this order, the Court notes that the next two weeks encompass the holiday season. As such, the Court will provide a longer period for Plaintiff to file the Amended Complaint.

pursuant to Fed. R. Civ. P. 58.[2]

       This case is **REFERRED BACK** to the Magistrate Judge for further action as appropriate.

       **DONE** and **ORDERED** this 19th day of December, 2023.

                                  /s/Terry F. Moorer
                                  TERRY F. MOORER
                                  UNITED STATES DISTRICT JUDGE

---

[2] The Court notes that Plaintiff did not respond to the motion to dismiss and has not taken action in this case since the original complaint (Doc. 1, filed 3/28/23) and the payment of the filing fee on April 27, 2023.