### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| MONICA ANDERSON | ) |
| Plaintiff, | ) |
| vs. | ) CIV. ACT. NO. 1:23-cv-97-TFM-MU |
| MOBILE INFIRMARY, | ) |
| Defendant. | ) |

### JUDGMENT

In accordance with the Memorandum Opinion and Order entered on December 19, 2023, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff's complaint is **DISMISSED without prejudice**. The Court previously held the dismissal in abeyance and gave Plaintiff the opportunity to file an amended complaint by January 19, 2024. The deadline has passed and no amended complaint was filed.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 30th day of January, 2024.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE